UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO.                                        **FILED ELECTRONICALLY**

UNITED STATES OF AMERICA                                               PLAINTIFF

VS.                          C O M P L A I N T

ANTHONY WAYNE SNOWDEN                                                 DEFENDANTS
      P.O. Box 963
      Clay City, Kentucky 40312

THE UNKNOWN SPOUSE OF
ANTHONY WAYNE SNOWDEN

*    *    *    *    *    *    *

Comes the plaintiff, the United States of America, by and through counsel, the United States Attorney for the Eastern District of Kentucky, and for its Complaint and cause of action against the defendants states as follows:

1.    This mortgage foreclosure action is brought by the United States of America on behalf of its Department of Agriculture, Rural Development (formerly known as the Farmers Home Administration and as the Rural Economic and Community Development Service) (hereinafter "RD"), pursuant to Title 28, United States Code, Section 1345.

2.    On or about March 2, 1990, the defendant, Anthony Wayne Snowden, and his then wife Arenita Snowden, for value received,

1

executed and delivered to RD a promissory mortgage note (the "Note") in the principal amount of $39,500.00, bearing interest at the rate of 8.75 percent per annum.  Commencing April 2, 1990, principal and interest were payable in monthly installments of $306.00 due on the 2nd day of each month until March 2, 2023, at which time the final installment of the outstanding principal and interest was due and payable.  A copy of the Note is attached hereto marked Exhibit A, and is hereby incorporated by reference as if set forth at length herein.

3.   Contemporaneously with the execution of the Note, and to secure its payment, the defendant, Anthony Wayne Snowden, and his then wife Arenita Snowden, executed, acknowledged and delivered to RD a real estate mortgage (the "Mortgage") which was recorded on March 2, 1990 in Mortgage Book 70, page 480, in the Commonwealth of Kentucky, Powell County Clerk's Office.  In and by the Mortgage, said borrowers granted to RD a first mortgage lien against the real property described in the Mortgage located in Powell County, Kentucky (the "Property").  A copy of the Mortgage is attached hereto marked Exhibit B, and is hereby incorporated by reference as if set forth at length herein.

4.   To further secure repayment of the Note, defendant, Anthony Wayne Snowden, and Arenita Snowden, executed and delivered to RD a Subsidy Repayment Agreement confirming the right of RD to recapture, upon transfer of title or non-occupancy of the Property,

any interest credits pertaining to this loan granted to said borrowers by RD.  A copy of the Subsidy Repayment Agreement is attached hereto marked Exhibit C, and is hereby incorporated by reference as if set forth at length herein.

5.   Upon information and belief, the plaintiff states that on or about April 16, 2004 the defendant, Anthony Wayne Snowden, and the said Arenita Snowden were divorced.  Arenita Snowden (now Barron) conveyed all of her right, title and interest in and to the Property to the defendant, Anthony Wayne Snowden, by Deed dated January 6, 2006 and of record in Deed Book 161, page 539, in the Commonwealth of Kentucky, Powell County Clerk's Office.

6.   Defendant, Anthony Wayne Snowden, made payments of principal and interest on the Note from time to time, but failed to make the principal and interest payments due in accordance with the terms and provisions of the Note and the Mortgage, and is therefore in default under the terms thereof.

7.   Paragraph (17) of the Mortgage provides that if default occurs in the performance or discharge of any obligation of the Mortgage, then the United States shall have the right to accelerate and declare the entire amount of all unpaid principal together with all accrued and accruing interest to be immediately due and payable and to bring an action to enforce the Mortgage, including the foreclosure of the lien thereof.  Because of the default of the defendant, Anthony Wayne Snowden, as set forth above, RD has served

3

on said defendant a Notice of Acceleration of Indebtedness and Demand for Payment declaring the entire indebtedness due under the terms of the Note and the Mortgage to be immediately due and payable, said demand for payment having been refused.

8. The unpaid principal balance on the Note is $34,246.91 with accrued interest of $2,007.74 through October 11, 2006. Interest credits were granted by RD to defendant, Anthony Wayne Snowden, in the amount of $18,532.78 for a total unpaid balance of $54,787.43. Interest is accruing on the unpaid balance at the rate of $8.1839 per day after October 11, 2006.

9. The Property is indivisible and cannot be divided without materially impairing its value and the value of RD's lien thereon.

10. The lien on the Property in favor of RD by virtue of the Mortgage is first, prior and superior to all other claims, interests and liens in and to the Property except for liens securing the payment of ad valorem property taxes.

11. Whether or not the defendant, Anthony Wayne Snowden, is married is unknown to the plaintiff. The defendant, the Unknown Spouse of Anthony Wayne Snowden, if same exists, is vested with a dower interest in the Property by virtue of her status as the spouse of Anthony Wayne Snowden, which said dower interest is junior in rank and subordinate in priority to the first mortgage lien on the Property in favor of RD. RD is entitled to a foreclosure sale of the Property free and clear of any interest

4

therein or claim thereon in favor of the defendant, said Unknown Spouse, and the plaintiff calls upon her to come forth and assert her claim or interest in the Property, and offer proof thereof, or be forever barred.

12.   There are no other individuals or entities purporting to have an interest in or claim upon the Property known to the plaintiff.

WHEREFORE, the plaintiff, the United States of America, on behalf of RD, prays for relief as follows:

(a)   That the plaintiff have Judgment against the interests of the defendant, Anthony Wayne Snowden, in the Property in the principal amount of $34,246.91, plus interest in the amount of $2,007.74, as of October 11, 2006, and $18,532.78 interest credits granted for a total unpaid balance due of $54,787.43 as of October 11, 2006, with interest accruing at the daily rate of $8.1839 from October 11, 2006 until the date of entry of the Judgment, and interest thereafter according to law, plus costs, disbursements and expenses;

(b)   That RD be adjudged a lien on the Property, prior and superior to any and all others liens, claims, interests, and demands, except liens for unpaid real estate ad valorem taxes; that RD's lien be enforced and the Property be sold in accordance with Title 28, United States Code, Sections 2001 - 2003, subject to easements, restrictions and stipulations of record, liens for any

city, state, county, or school ad valorem taxes which may be due and payable at the time of sale; and that the proceeds from the sale be applied first to the costs of this action and the sale, second to the debt, interest, interest credits granted, costs, fees and the surcharge due RD, with the balance remaining to be distributed to the parties as their liens and interests may appear;

(c)  That the Property be adjudged indivisible and be sold as a whole;

(d)  That all defendants be required to Answer the Complaint and set up their respective liens, claims or interests in the Property, if any, or be forever barred; and that the foreclosure sale of the Property be free and clear of all interests therein or claims thereon in favor of all defendants; and

(e)  For any and all other lawful relief to which the plaintiff may appear properly entitled.

Respectfully submitted,

AMUL R. THAPAR
UNITED STATES ATTORNEY

By:   s/ H. Davis Sledd
H. Davis Sledd
Assistant United States Attorney
110 West Vine Street, Ste. 400
Lexington, KY 40507
Phone:  (859) 233-2661 Ext. 164
Fax: (859) 233-2533
davis.sledd@usdoj.gov