# *Civil*
# *Case Assignment*

Case number **5:07CV-20**

Assigned : Chief Judge Joseph M. Hood
Judge Code : 4311

Assigned on 01/22/2007

Request New Judge ....