AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky

Central Division

Lexington

United States of America,
Plaintiff

v.

Anthony Wayne Snowden, et al.
Defendants

**ELECTRONICALLY FILED**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Anthony Wayne Snowden
P.O. Box 963
Clay City, KY 40312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

AMUL R. THAPAR
UNITED STATES ATTORNEY
110 WEST VINE STREET, SUITE 400
LEXINGTON, KY 40507-1671

an answer to the complaint which is herewith served upon you, within _____TWENTY (20)_____ days after summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

HONORABLE LESLIE G. WHITMER
CLERK                                              DATE